## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| DELORES FEATHERSTONE et al., individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : Case No: 2:23-cv-10362 : |
| v. | : Hon. Linda V. Parker : |
| FCA US, LLC, a Michigan limited liability company, | : Mag. Kimberly G. Altman : : |
| Defendant. | : : |

### NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Bernard J. Bobber, one of the attorneys of record for Defendant, FCA US, LLC, in the above-captioned matter and hereby withdraws as attorney of record for said Defendant, due to his departure from Ogletree, Deakins, Nash, Smoak & Stewart, P.C. There shall be no need for substitution of counsel as Defendant continues to be represented by Jesse R. Dill and Joshua P. Lushnat with Ogletree, Deakins, Nash, Smoak & Stewart, P.C. The withdrawal will not delay this action or prejudice Plaintiff.

Dated this 29th day of January, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/ Bernard J. Bobber*
Bernard J. Bobber
Wisconsin Bar No. 1015499
bernard.bobber@ogletree.com
Pabst Boiler House
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
Ph. (414) 239-6400
Fax: (414) 755-8289

## **CERTIFICATE OF SERVICE**

I hereby certify that that a copy of the foregoing document was served via the Court's electronic filing system on January 29th, 2026, on all counsel of record.

*s/ Bernard J. Bobber* _____
Bernard J. Bobber